BANK OF NIAGARA, Plaintiff, *v.* ASHTON B. TALBOT, Individually and as Executor of CALISTA M. TALBOT, Deceased, Respondent, and HELEN M. KENNEDY et al., Appellants, Impleaded with Others.

*Bank of Niagara* v. *Talbot*, 110 App. Div. 519, affirmed.
(Argued March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 16, 1906, which affirmed an order of the Erie County Court confirming the report of a referee in an action to foreclose a mortgage and directing distribution of surplus moneys.

*Simon Fleischmann, William R. Pooley* and *J. Boardman Scovell* for appellants.

*Tracy C. Becker* and *Lincoln A. Groat* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ.   Not sitting: HISCOCK, J.